UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yuan Sun,

              Plaintiff,              Civil No. 07-1525 (RHK/AJB)

vs.                            **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Michael Chertoff, Secretary of U.S.
Department of Homeland Security,
et al.,

              Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 14, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge